**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CATALINO HERRERA, ) <br>                                 ) <br>            Plaintiff,    ) <br>                                 ) <br>    v.                           ) <br>                                 ) <br> CAROLYN W. COLVIN, Acting       ) <br> Commissioner of Social          ) <br> Security,                       ) <br>            Defendant.    ) <br> _____) | NO. CV 14-1550-JAK(E) <br><br><br> JUDGMENT |

Pursuant to the "Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,"

IT IS ADJUDGED that Judgment is entered in favor of Defendant.

DATED: January 8, 2015.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE